**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>District of Oregon | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Khorasani, Joe Koroush** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Khorasani, Maria Anne** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba SEE ATTACHED SHEET** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**None** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **1693** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **1552** |
| Street Address of Debtor (No. and Street, City,  and State)<br>**10722 SE Jason Lane**<br>**Happy Valley, OR**  ZIPCODE **97086** | Street Address of Joint Debtor (No. and Street, City, and State<br>**10722 SE Jason Lane**<br>**Happy Valley, OR**  ZIPCODE **97086** |
| County of Residence or of the Principal Place of Business:<br>**Clackamas** | County of Residence or of the Principal Place of Business:<br>**Clackamas** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):   ZIPCODE |
|---|

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box)<br>☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of  Business**<br>(Check one  box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☑ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main  Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests: _____<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____ | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form  3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with  11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Joe Koroush Khorasani & Maria Anne Khorasani** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed:   N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:   NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)         Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Joe Koroush Khorasani & Maria Anne Khorasani |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Joe Koroush Khorasani
Signature of Debtor

**X** /s/ Maria Anne Khorasani
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

7/28/14
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** /s/ Stephen Boyke
Signature of Attorney for Debtor(s)

STEPHEN BOYKE 881628
Printed Name of Attorney for Debtor(s)

Law Office of Stephen T. Boyke
Firm Name

1200 Jackson Tower
Address

806 SW Broadway Portland, OR 97205

(503) 227-0417    steve@boykelaw.com
Telephone Number               e-mail

7/28/14
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re Joe Korusch Khorasani and Maria Anne Khorasani, USBC Case No.
_____

**Attachment to Bankruptcy Petition**

List of Aliases for Joe Korusch Khorasani

fdba BABOLI AUTO, LLC dba PINNACLE MOTOR SPORTS

fdba BABOLI INVESTMENTS, LLC

fdba JK AUTO HOLDINGS, INC. dba PREMIER AUTO GROUP

fdba JK AUTO MANAGEMENT, LLC

fdba JK AUTOMOTIVE, LLC dba HILLSBORO HYUNDAI

fdba JK BEAVERTON, LLC dba BEAVERTON MITSUBISHI

fdba JK GLADSTONE, LLC dba GLADSTONE NISSAN, dba PREMIER NISSAN, dba PREMIER NISSAN OF GLADSTONE

fdba JK GLADSTONE FORD, LLC dba PREMIER FORD OF GLADSTONE

fdba JK MILWAUKIE, LLC dba PREMIER MAZDA

fdba JK MILWAUKIE HYUNDAI, LLC dba PREMIER HYUNDAI, dba PREMIER HYUNDAI OF MILWAUKIE

fdba JK REAL ESTATE I, LLC

fdba JK REAL ESTATE II, LLC

fdba JK REAL ESTATE III, LLC

fdba JK REAL ESTATE IV, LLC

fdba JK REAL ESTATE HOLDINGS, LLC

fdba JK SUNRIVER, LLC

In re Joe Korusch Khorasani and Maria Anne Khorasani, USBC Case No.
_____

**Attachment to Bankruptcy Petition**

List of Aliases for Joe Korusch Khorasani

fdba JK WHOLESALE, LLC


fdba MITSUBISHI DEALER ADVERTISING ASSOCIATION OF PORTLAND, INC.

fdba PREMIER AIR MANAGEMENT, LLC

fdba PREMIER BUSINESS DEVELOPMENT, LLC

fdba PREMIER SPORTS ENTERPRISE, LLC

fdba PREMIER SPORTS INTERNATIONAL, LLC

fdba RMZ, LLC dba BEAVERTON LINCOLN MERCURY, dba BEAVERTON
LINCOLN MERCURY MITSUBISHI, dba BEAVERTON LINCOLN MERCURY
MITSUBISHI SUZUKI, dba HILLSBORO MITSUBISHI, dba PREMIER LINCOLN
MERCURY, dba PREMIER MITSUBISHI

B203
12/94

# United States Bankruptcy Court
### District of Oregon

In re  Joe Koroush Khorasani and Maria Anne Khorasani

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........................…………………………..… $  _____6,085.00_____

Prior to the filing of this statement I have received ........…………….................. $  _____8,045.00_____

Balance Due .............................................................................…………............ $  _____0.00_____

2.    The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑    I have not agreed to share the above-disclosed compensation with any other person unless they are members and
associates of my law firm.

☐    I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

Of the $8,045.00 paid in past year, approximately $1,680.00 relates to non-bankruptcy services for debtor and debtor's spouse,
approximately $280.00 relates to general bankruptcy work for debtor and debtor's spouse and $6,085.00 is an earned on receipt flat
fee for this bankruptcy case.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Legal representation does not include representation of debtor in any adversary proceedings (except for a stipulated judgment with
respect to creditor Mitsubishi), contested matters, US Trustee audits, revocation of discharge or conversion to a chapter 11 or 13
bankruptcy case and current litigation.

<div style="border:1px solid;">

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

____7/28/14_____          _____/s/ Stephen Boyke_____
*Date*                                                    *Signature of Attorney*

                                            Law Office of Stephen T. Boyke
                                            *Name of law firm*

</div>

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.- ver.4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                                    )        Case No. _____(If Known)
                                                         )
Joe Koroush Khorasani and Maria Anne Khorasani          )
                                                         )        CHAPTER 7 INDIVIDUAL DEBTOR'S*
                                                         )        STATEMENT OF INTENTION
                                                         )        PER 11 U.S.C.  §521(a)
Debtor(s)                                                )
**\*IMPORTANT NOTICES TO <u>DEBTOR(S)</u>**

(1) **SIGN AND FILE** this form even if you show "NONE," **AND**, if creditors are listed, **have the
service certificate COMPLETED; AND**

(2) **Failure to perform** the intentions as to property stated below within 30 days after the first date set for the Meeting of
Creditors under 11 USC §341(a) may result in relief for the creditor from the Automatic Stay protecting such property.

**PART A** - Debts secured by property of the estate.  (Part A must be FULLY COMPLETED for
**EACH** debt which is secured by property of the estate. Attach additional pages is necessary.)

| Property No. 1   NO SECURED PROPERTY | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be (check one):    ☐ SURRENDERED        ☐ RETAINED

If retaining the property, I intend to (check at least one):
☐  Redeem the property
☐  Reaffirm the debt
☐  Other.  Explain (for example, avoid lien using 11 USC §522(f))  _____

Property is (check one):  ☐ CLAIMED AS EXEMPT        ☐ NOT CLAIMED AS EXEMPT

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be (check one):    ☐ SURRENDERED        ☐ RETAINED

If retaining the property, I intend to (check at least one):
☐  Redeem the property
☐  Reaffirm the debt
☐  Other.  Explain (for example, avoid lien using 11 USC §522(f))  _____

Property is (check one):  ☐ CLAIMED AS EXEMPT        ☐ NOT CLAIMED AS EXEMPT

| Property No. 3 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be (check one):    ☐ SURRENDERED        ☐ RETAINED

If retaining the property, I intend to (check at least one):
☐  Redeem the property
☐  Reaffirm the debt
☐  Other.  Explain (for example, avoid lien using 11 USC §522(f))  _____

Property is (check one):  ☐ CLAIMED AS EXEMPT        ☐ NOT CLAIMED AS EXEMPT

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.--ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>NO Leased Property | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2):<br>☐ YES    ☐ NO |

| Property No. 2  (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2):<br>☐ YES    ☐ NO |

| Property No. 3  (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2):<br>☐ YES    ☐ NO |

☐ Continuation sheets attached (if any).

*I DECLARE UNDER PENALTY OF PERJURY THAT* THE ABOVE INDICATES INTENTION AS TO ANY PROPERTY OF MY ESTATE SECURING A DEBT AND/OR PERSONAL PROPERTY SUBJECT TO AN UNEXPIRED LEASE.

DATE: ___7/28/14___

/s/ Joe Koroush Khorasani
_____
DEBTOR'S SIGNATURE

/s/ Maria Anne Khorasani
_____
JOINT DEBTOR'S SIGNATURE (if applicable)

*I /WE THE UNDERSIGNED, CERTIFY THAT COPIES OF* BOTH *THIS DOCUMENT* AND *LOCAL FORM #715 WERE SERVED ON ANY* CREDITOR NAMED ABOVE.

DATE: ___7/28/14___

/s/ Stephen Boyke                    881628
_____
DEBTOR OR ATTORNEY'S SIGNATURE        OSB# (if attorney)

_____
JOINT DEBTOR'S SIGNATURE (if applicable and no attorney)

STEPHEN BOYKE            (503) 227-0417
PRINT OR TYPE SIGNER'S NAME & PHONE NO.

1200 Jackson Tower--806 SW Broadway
SIGNER'S ADDRESS (if attorney)

Portland, OR 97205

---

**NON-JUDICIAL REMEDY WHEN CONSUMER DEBTOR RAILS TO TIMELY PERFORM STATED INTENTIONS**

Creditors, see Local Form #715 [attached if this document was served on paper] if you wish information on how to obtain NON-JUDICIAL Relief from the automatic stay of 11 U.S.C. §362(a) as to your collateral.

---

**QUESTIONS????**
**Call an attorney with question about these procedures or the law.  However, only call the debtor's attorney if you have questions About the debtor's intent as to your collateral.**

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.- ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### District of Oregon

Joe Koroush Khorasani and Maria Anne Khorasani

In re _____

                   Debtor

Case No. _____

Chapter    7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 4 | $ 170,686.94 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 9 | | $ 8,470,000.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 11,044.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $ 9,930.00 |
| **TOTAL** | | 28 | $ 170,686.94 | $ 8,470,000.00 | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.- ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

# United States Bankruptcy Court

## District of Oregon

In re   Joe Koroush Khorasani and Maria Anne Khorasani                    Case No.   _____

                    Debtor

                                                                    Chapter   ___7___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $     N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $     N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $     N.A. |
| Student Loan Obligations (from Schedule F) | $     N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $     N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $     N.A. |
| TOTAL | $     N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $   N.A. |
| Average Expenses (from Schedule J, Line 22) | $   N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4.  Total from Schedule F | | $   N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6A (Official Form 6A) (12/07)

In re   Joe Koroush Khorasani and Maria Anne Khorasani          Case No. _____
_____
           **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

In re   Joe Koroush Khorasani and Maria Anne Khorasani                    Case No. _____
                   **Debtor**                                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash<br>Note: Amounts stated represent values as of the date of filing this Chapter 7 bankruptcy case ("Petition Date").<br><br>Note: All personal property listed on this Schedule B is located at debtors' residence unless otherwise stated. | J | 80.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Checking Account (Husband)<br>Acct. No. Ending: 4308 | H | 450.00 |
| | | Bank of America Checking Account #1 (Wife)<br>Acct. No. Ending: 5512 | W | 47.85 |
| | | Bank of America Checking Account #2 (Wife)<br>Acct. No. Ending: 7661 | W | 42.09 |
| | | Bank of America Savings Account (Wife)<br>Acct. No. Ending: 4891 | W | 67.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit with Landlord | J | 8,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods | J | 18,000.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books Pictures etc<br>Included in household goods. | J | 0.00 |
| 6.  Wearing apparel. | | | | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.- ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

In re    Joe Koroush Khorasani and Maria Anne Khorasani                    Case No. _____
             **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Man's Clothing | H | 700.00 |
| | | Woman's Clothing | W | 700.00 |
| 7.  Furs and jewelry. | | Man's Jewelry | H | 300.00 |
| | | Watch | | |
| | | Woman's Jewelry | W | 1,000.00 |
| | | Watch and  misc. costume jewelry. | | |
| | | Man's Wedding Ring | H | 1,200.00 |
| | | Woman's Wedding Ring | W | 1,500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Sporting Goods | J | 400.00 |
| | | Skis and golf clubs. | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA Account | H | 130,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Interests in LLCs and Corporations | H | 0.00 |
| | | See Attached Exhibit B-13. | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7-7.813 - 32833-301X-***** - PDF-XChange 3.0

In re  Joe Koroush Khorasani and Maria Anne Khorasani                    Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Vehicles  Debtors drive vehciles provided by husband's employer. Debtors claim no interest. | J | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipmernt  Computer, printer and office chairs | H | 700.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

In re   Joe Koroush Khorasani and Maria Anne Khorasani          Case No. _____
                  **Debtor**                                                     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | Unpaid Wages (Husband)<br>Gross $10,000.00.  Amount stated is net of taxes. | H | 7,500.00 |
| | | Unpaid Wages (Wife)<br>Wife works at a school and is not paid during the summer. | W | 0.00 |

                              0                continuation sheets attached     Total    $    170,686.94

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

| Entity Name and dba's | Husband's Membership Interest | Ceased Operations? | Value |
|---|---|---|---|
| JK AUTO HOLDINGS, INC. dba PREMIER AUTO GROUP | 100% | Yes | 0.00 |
| JK AUTO MANAGEMENT, LLC | 100% | Yes | 0.00 |
| JK AUTOMOTIVE, LLC dba HILLSBORO HYUNDAI | 100% | Yes | 0.00 |
| JK BEAVERTON, LLC dba BEAVERTON MITSUBISHI | 100% | Yes | 0.00 |
| JK GLADSTONE, LLC dba GLADSTONE NISSAN, dba PREMIER NISSAN, dba PREMIER NISSAN OF GLADSTONE | 100% | Yes | 0.00 |
| JK GLADSTONE FORD, LLC dba PREMIER FORD OF GLADSTONE | 100% | Yes | 0.00 |
| JK MILWAUKIE, LLC dba PREMIER MAZDA | 100% | Yes | 0.00 |
| JK MILWAUKIE HYUNDAI, LLC dba PREMIER HYUNDAI, dba PREMIER HYUNDAI OF MILWAUKIE | 100% | Yes | 0.00 |
| JK REAL ESTATE I, LLC | 100% | Yes | 0.00 |
| JK REAL ESTATE II, LLC | 100% | Yes | 0.00 |
| JK REAL ESTATE III, LLC | 100% | Yes | 0.00 |
| JK REAL ESTATE IV, LLC | 100% | Yes | 0.00 |
| JK REAL ESTATE HOLDINGS, LLC | 100% | Yes | 0.00 |
| JK SUNRIVER, LLC | 100% | Yes | 0.00 |
| JK WHOLESALE, LLC | 100% | Yes | 0.00 |
| PREMIER AIR MANAGEMENT, LLC | 100% | Yes | 0.00 |
| PREMIER BUSINESS DEVELOPMENT, LLC | 100% | Yes | 0.00 |
| PREMIER SPORTS ENTERPRISE, LLC | 100% | Yes | 0.00 |
| PREMIER SPORTS INTERNATIONAL, LLC | 100% | Yes | 0.00 |
| RMZ, LLC dba BEAVERTON LINCOLN MERCURY, dba BEAVERTON LINCOLN MERCURY MITSUBISHI, dba BEAVERTON LINCOLN MERCURY MITSUBISHI SUZUKI, dba HILLSBORO MITSUBISHI, dba PREMIER LINCOLN MERCURY, dba PREMIER MITSUBISHI | 100% | Yes | 0.00 |

B6C (Official Form 6C) (04/13)

In re   Joe Koroush Khorasani and Maria Anne Khorasani     Case No.
                    **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑  11 U.S.C. § 522(b)(2)

☐  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
$155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash | (Husb)11 U.S.C. 522(d)(5)<br>(Wife)11 U.S.C. 522(d)(5) | 40.00<br>40.00 | 80.00 |
| Security Deposit with Landlord | (Husb)11 U.S.C. 522(d)(1)<br>(Wife)11 U.S.C. 522(d)(1) | 4,000.00<br>4,000.00 | 8,000.00 |
| Sporting Goods | (Husb)11 U.S.C. 522(d)(5)<br>(Wife)11 U.S.C. 522(d)(5) | 200.00<br>200.00 | 400.00 |
| IRA Account | (Husb)11 U.S.C. 522(d)(12) | 130,000.00 | 130,000.00 |
| Unpaid Wages (Husband) | (Husb)11 U.S.C. 522(d)(5) | 7,500.00 | 7,500.00 |
| Household Goods | (Husb)11 U.S.C. 522(d)(3)<br>(Wife)11 U.S.C. 522(d)(3) | 9,000.00<br>9,000.00 | 18,000.00 |
| Man's Clothing | (Husb)11 U.S.C. 522(d)(3) | 700.00 | 700.00 |
| Woman's Clothing | (Wife)11 U.S.C. 522(d)(3) | 700.00 | 700.00 |
| Man's Jewelry | (Husb)11 U.S.C. 522(d)(4) | 300.00 | 300.00 |
| Woman's Jewelry | (Wife)11 U.S.C. 522(d)(4) | 1,000.00 | 1,000.00 |
| Office Equipmernt | (Husb)11 U.S.C. 522(d)(6) | 700.00 | 700.00 |
| Wells Fargo Checking Account (Husband) | (Husb)11 U.S.C. 522(d)(5) | 450.00 | 450.00 |
| Bank of America Checking Account #1 (Wife) | (Wife)11 U.S.C. 522(d)(5) | 47.85 | 47.85 |
| Bank of America Checking Account #2 (Wife) | (Wife)11 U.S.C. 522(d)(5) | 42.09 | 42.09 |
| Bank of America Savings Account (Wife) | (Wife)11 U.S.C. 522(d)(5) | 67.00 | 67.00 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.- ver.4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6C (Official Form 6C)  (04/13) -- Cont.

In re   Joe Koroush Khorasani and Maria Anne Khorasani                    Case No. _____
_____
                    **Debtor**                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Man's Wedding Ring | (Husb)11 U.S.C. 522(d)(3) | 1,200.00 | 1,200.00 |
| Woman's Wedding Ring | (Wife)11 U.S.C. 522(d)(3) | 1,500.00 | 1,500.00 |
| | Total exemptions claimed: | 170,686.94 | |

B6D (Official Form 6D) (12/07)

In re _____Joe Koroush Khorasani and Maria Anne Khorasani_____,    Case No. _____
             **Debtor**                                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

___0___ continuation sheets attached

| | | | |
|---|---|---|---|
| Subtotal ➤ (Total of this page) | $ | 0.00 | $ | 0.00 |
| Total ➤ (Use only on last page) | $ | 0.00 | $ | 0.00 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6E (Official Form 6E) (04/13)

In re _____,          Case No._____
        Joe Koroush Khorasani and Maria Anne Khorasani
                        Debtor                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6E (Official Form 6E) (04/13) - Cont.**

In re  Joe Koroush Khorasani and Maria Anne Khorasani                    .         Case No._____
　　　　　　　　　　　　　　　　Debtor                                                                                      (if known)

☐　**Certain farmers and fishermen**

　　Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐　**Deposits by individuals**

　　Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑　**Taxes and Certain Other Debts Owed to Governmental Units**

　　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐　**Commitments to Maintain the Capital of an Insured Depository Institution**

　　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐　**Claims for Death or Personal Injury While Debtor Was Intoxicated**

　　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

　　* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  **continuation sheets attached**

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6E (Official Form 6E) (04/13) - Cont.

In re Joe Koroush Khorasani and Maria Anne Khorasani    Case No. _____
_____
Debtor                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. ODR Bkcy 955 Center NE #353 Salem, OR 97301-2555 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $         0.00 | $         0.00 | $         0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $         0.00 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $         0.00 | $         0.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07)

In re ___Joe Koroush Khorasani and Maria Anne Khorasani___　　　Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

　　　　State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　　Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Baboli Auto, LLC <br> 10722 SE Jason Lane <br> Happy Valley, OR 97086 | | H | Incurred: 2013-2014 <br> Consideration: Personal loans | | | | 50,000.00 |
| ACCOUNT NO. <br><br> Bay Bank <br> 1001 SW 5th Ave., Suite 250 <br> Portland, OR 97204 | | H | | | | | Notice Only |
| ACCOUNT NO. <br><br> Brian C. Canady <br> 15921 Hunter Ave <br> Oregon City Or 97045 | X | H | Corporate debt. | | | | Notice Only |
| ACCOUNT NO. <br><br> Brian M. Sullivan <br> Sullivan & Terranova <br> 3518 SW Corbett Ave <br> Portland OR 97239 | | H | Attorney for The Reynolds and Reynolds Company. | | | | Notice Only |

　　8___continuation sheets attached　　　　　　　　　　　　　　Subtotal ➤ | $ | 50,000.00 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Joe Koroush Khorasani and Maria Anne Khorasani___,      Case No. _____
                      **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Brittany E. Sullivan <br> Sullivan & Terranova <br> 3518 SW Corbett Ave <br> Portland OR  97239 | | H | Attorney for Carsoup of Minnesota. | | | | Notice Only |
| ACCOUNT NO. <br><br> Carsoup of Minnesota <br> 1401 American Blvd E <br> Minneapolis, MN 55425 | X | H | Corporate creditor. | | | | Notice Only |
| ACCOUNT NO. <br><br> Columbia State Bank <br> PO Box 2156 <br> Tacoma, WA 98402 | X | H | Consideration: Judgment | | | | 30,000.00 |
| ACCOUNT NO. <br><br> Cowlitz/Bay Bank <br> FDIC as Receiver for The Cowlitz Bank <br> 1601 N. Bryan Street <br> Dallas, TX  75201-3430 | | H | | | | | Notice Only |
| ACCOUNT NO. <br><br> Diane C. Cady, Esq. <br> PO Box 1424 <br> Hillsboro, OR 97123-1424 | | H | Attorney for Steven Sellers. | | | | Notice Only |

Sheet no. __1__ of __8__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 30,000.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Joe Koroush Khorasani and Maria Anne Khorasani___,          Case No. _____
                        **Debtor**                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Donald Crum<br>Severson & Werson<br>One Embarecadero Center, Suite 2600<br>San Francisco, CA 94111 | | H | Attorney for Ford Motor Credit Company LLC. | | | | Notice Only |
| ACCOUNT NO.<br><br>Ford Motor Credit Company LLC<br>One American Road<br>Dearborn, MI 48126 | X | H | Incurred: 2010<br>Consideration: Judgment | | | | 750,000.00 |
| ACCOUNT NO.<br><br>Gary Abbott Parks<br>1800 Blankenship Rd Ste 475<br>West Linn, OR 97068 | | H | Attorney for creditors Brian C. Canady and Joseph A. Canady, Jr.. | | | | Notice Only |
| ACCOUNT NO.<br><br>Gary Roberts<br>Schwabe, Williamson & Wyatt<br>1211 SW Fifth Avenue, Suite 1900<br>Portland, OR 97204 | | H | Attorney for Joseph P. Fay. | | | | Notice Only |
| ACCOUNT NO.<br><br>Heritage Bank<br>PO Box 9557<br>Tacoma, WA 98490 | | H | Successor to Cowlitz Bank. | | | | Notice Only |

Sheet no. _2_ of _8_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   750,000.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Joe Koroush Khorasani and Maria Anne Khorasani</u> ,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hugh and Joan Cleary<br>909 SW Red Hills Dr<br>Dundess, OR 97115 | X | H | Corporate creditor. | | | | Notice Only |
| ACCOUNT NO.<br><br>James Howard<br>Dorsey & Whitney, LLP<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104-7043 | | H | Attorney for creditor Mitsubishi Motors Credit of America Inc. | | | | Notice Only |
| ACCOUNT NO.<br><br>Jill D. Laney<br>Cosgrave Vergeer Kester LLP<br>805 SW Broadway, 8th Flr<br>Portland, OR 97205 | | H | Attorney for creditor WPC Mazda LLC. | | | | Notice Only |
| ACCOUNT NO.<br><br>John Jaha<br>9494 SE Chatfield Ct.<br>Happy Valley, OR 97086 | | H | | | | | Notice Only |
| ACCOUNT NO.<br><br>Joseph A. Canady, Jr.<br>15921 Hunter Ave<br>Oregon City OR 97045 | X | H | Corporate debt | | | | Notice Only |

Sheet no. <u>3</u> of <u>8</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $              0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re    Joe Koroush Khorasani and Maria Anne Khorasani    ,    Case No. _____
         Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Joseph P. Fay 9275 SW Canyon Road Portland, OR 97225 | | H | | | | | Notice Only |
| **ACCOUNT NO.** Krista L. White Krista L. White & Associates, PS 1417 4th Avenue, Suite 300 Seattle, WA 98101 | | H | Collection attorney for creditor Ford Motor Credit Company LLC. | | | | Notice Only |
| **ACCOUNT NO.** Leaf Funding, Inc. 2005 Market Street, 14th Floor Philadelphia, PA 19103 | | H | Precautionary creditor. | | | | Notice Only |
| **ACCOUNT NO.** Mayo Clinic PO Box 790125 St. Louis, MO 63179 | | J | Consideration: Medical Services | | | | 15,000.00 |
| **ACCOUNT NO.** Michael Bernstein Avadanian & Alder 6001 Broken Sound Pkwy NE Ste 404 Boca Raton, FL 33487 | | H | Collection attorney for Oregonian Publishing Company LLC. | | | | Notice Only |

Sheet no. __4__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 15,000.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Joe Koroush Khorasani and Maria Anne Khorasani___,        Case No. _____
                      **Debtor**                                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Miller Nash LLP <br> 111 SW 5th Ave #3400 <br> Portland, OR 97204 | | | | | | | Notice Only |
| **ACCOUNT NO.** <br><br> Mitsubishi Motors Credit of America Inc. <br> c/o Jeffrey Young, Predicent <br> 6400 Katella Ave. <br> Cypress, CA 90630 | X | H | Incurred: 2010 <br> Consideration: Litigation Settlement | | | | 125,000.00 |
| **ACCOUNT NO.** <br><br> Nissan Motor Acceptance <br> c/o Mark Kaczynski, President <br> One Nissan Way <br> Franklin, TN 37067 | | H | Alternate address. | | | | Notice Only |
| **ACCOUNT NO.** <br><br> Nissan Motor Acceptance Corp. <br> Attn: Katherine Melendrez <br> PO Box 650214 <br> Dallas, TX 75265 | | H | Incurred: 2010 <br> Consideration: Judgment | | | | 3,000,000.00 |
| **ACCOUNT NO.** <br><br> Oregonian Publishing Company LLC <br> 1320 SW Broadway <br> Portland, OR 97201-3499 | X | H | Debt of Premier Auto Group.  Debtor may have signed personal guaranty. | | | | Notice Only |

Sheet no. __5__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                    Subtotal ➤ | $ | 3,125,000.00

                                         Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Joe Koroush Khorasani and Maria Anne Khorasani  ,          Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pamela E. Yee, Esq.<br>Schmidt & Yee, PC<br>18525 SW Vincent St.<br>Aloha, OR 97007 | | H | Attorney for Leaf Funding, Inc. | | | | Notice Only |
| ACCOUNT NO.<br><br>Payment Insured Plan, Inc.<br>c/o John Garnsey<br>PO Box 7668<br>Springfield, OR 97475 | X | H | Corporate debt; Husband may be persnally liable. | | X | X | 1,400,000.00 |
| ACCOUNT NO.<br><br>Richard W Todd<br>Todd & Shannon<br>111 W Hist Columbia River Hwy<br>Troutdale OR  97060 | | H | Attorney for Corenna Gruetzke. | | | | Notice Only |
| ACCOUNT NO.<br><br>Rodolfo A Camacho<br>POB 13897<br>Salem, OR 97309 | | H | Bankruptcy trustee and holder of debt owed to John Jaha who filed bankruptcy in case no. 11-37688-tmb7. | | | X | 600,000.00 |
| ACCOUNT NO.<br><br>Rohn M. Roberts<br>Arnold, Gallagher, et al<br>P.O. Box 1758<br>Eugene, OR 97440 | | H | Attorney for creditor Payment Insured Plan, Inc. | | | | Notice Only |

Sheet no. __6__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 2,000,000.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Joe Koroush Khorasani and Maria Anne Khorasani___,          Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sanford R. Landress<br>Greene & Markley, PC<br>1515 SW 5th Ave, Ste 600<br>Portland, OR 97201 | | H | Attorney for creditor Columbia State Bank | | | | Notice Only |
| ACCOUNT NO.<br><br>Scott Thomason<br>c/o Thomason Auto Group<br>100 Bush Street # 1730<br>San Francisco, CA 94104 | | H | | | | | Notice Only |
| ACCOUNT NO.<br><br>Sediegheh Baboli<br>5235 W. Desert Hollow Dr.<br>Phownix, AZ 85083 | | | Sole member of Baboli Auto, LLC and Baboli Investments, LLC. | | | | Notice Only |
| ACCOUNT NO.<br><br>Steven Sellers<br>9330 West McDowell Rd., Apt. 3124<br>Phoenix, AZ 85037 | X | H | Corporate creditor. | | | | Notice Only |
| ACCOUNT NO.<br><br>The Reynolds and Reynolds Company<br>One Reynolds Way<br>Kettering, OH 45430 | X | H | Corporate creditor. | | | | Notice Only |

Sheet no. _7_ of _8_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7-7.813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re    Joe Koroush Khorasani and Maria Anne Khorasani    ,    Case No. _____
_____
Debtor                                                                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Thomas K. Hooper<br>Hooper Englund & Weil LLP<br>1001 SW 5th Ave, Suite 2150<br>Portland, OR 97204 | | H | Attorney for creditor Nissan Motor Acceptance Corp. | | | | Notice Only |
| ACCOUNT NO.<br><br>WPC Mazda LLC<br>Watumull Plaza<br>307 Lewers St., Floor 6<br>Honolulu, HI 96815 | X | J | Incurred: 2010<br>Consideration: Judgment | | | | 2,500,000.00 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no.   8   of   8   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    2,500,000.00

Total ➤    $    8,470,000.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7-7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6G (Official Form 6G) (12/07)**

In re ___Joe Koroush Khorasani and Maria Anne Khorasani___    Case No. _____
                                    **Debtor**                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Aria Property Management<br>6650 SW Redwood Lane, Suite 220<br>Portland, OR 97224 | Two year residential lease; $4,375.00 per month rent; $8,000.00 security deposit; Term ends 7/2015. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B6H (Official Form 6H) (12/07)

In re ___Joe Koroush Khorasani and Maria Anne Khorasani___                    Case No. _____
                        **Debtor**                                                                          **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| JK Auto Holdings Inc.<br>c/o Joe Khorasani<br>10722 SE Jason Lane<br>Happy Valley, OR 97086 | Brian C. Canady<br>15921 Hunter Ave<br>Oregon City Or 97045 |
| JK Auto Holdings Inc.<br>c/o Joe Khorasani<br>10722 SE Jason Lane<br>Happy Valley, OR 97086 | Joseph A. Canady, Jr.<br>15921 Hunter Ave<br>Oregon City OR 97045 |
| RMZ, Inc.<br>c/o Joe Khorasani<br>10722 SE Jason Lane<br>Happy Valley, OR 97086 | Carsoup of Minnesota<br>1401 American Blvd E<br>Minneapolis, MN 55425 |
| RMZ, Inc.<br>c/o Joe Khorasani<br>10722 SE Jason Lane<br>Happy Valley, OR 97086 | Columbia State Bank<br>PO Box 2156<br>Tacoma, WA 98402 |
| JK Gladstone Ford LLC<br>c/o Joe Khorasani<br>10722 SE Jason Lane<br>Happy Valley, OR 97086 | Ford Motor Credit Company LLC<br>One American Road<br>Dearborn, MI 48126 |
| JK Automotive LLC<br>c/o Joe Khorasani<br>10722 SE Jason Lane<br>Happy Valley, OR 97086 | Hugh and Joan Cleary<br>909 SW Red Hills Dr<br>Dundess, OR 97115 |
| JK Auto Holdings Inc.<br>c/o Joe Khorasani<br>10722 SE Jason Lane<br>Happy Valley, OR 97086 | Mitsubishi Motors Credit of America Inc.<br>c/o Jeffrey Young, Predicent<br>6400 Katella Ave.<br>Cypress, CA 90630 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6H (Official Form) (12/07) -- Cont.**

In re Joe Koroush Khorasani and Maria Anne Khorasani
_____
**Debtor**

Case No. _____
**(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| JK Beaverton LLC<br>c/o Joe Khorasani<br>10722 SE Jason Lane<br>Happy Valley, OR 97086 | Mitsubishi Motors Credit of America Inc.<br>c/o Jeffrey Young, Predicent<br>6400 Katella Ave.<br>Cypress, CA 90630 |
| JK Auto Holdings Inc.<br>c/o Joe Khorasani<br>10722 SE Jason Lane<br>Happy Valley, OR 97086 | Oregonian Publishing Company LLC<br>1320 SW Broadway<br>Portland, OR 97201-3499 |
| JK Auto Holdings Inc.<br>c/o Joe Khorasani<br>10722 SE Jason Lane<br>Happy Valley, OR 97086 | Steven Sellers<br>9330 West McDowell Rd., Apt. 3124<br>Phoenix, AZ 85037 |
| RMZ, Inc.<br>c/o Joe Khorasani<br>10722 SE Jason Lane<br>Happy Valley, OR 97086 | The Reynolds and Reynolds Company<br>One Reynolds Way<br>Kettering, OH 45430 |
| JK Milwaukie LLC<br>c/o Joe Khorasani<br>10722 SE Jason Lane<br>Happy Valley, OR 97086 | WPC Mazda LLC<br>Watumull Plaza<br>307 Lewers St., Floor 6<br>Honolulu, HI 96815 |
| JK Milwaukie Hyundai LLC<br>c/o Joe Khorasani<br>10722 SE Jason Lane<br>Happy Valley, OR 97086 | WPC Mazda LLC<br>Watumull Plaza<br>307 Lewers St., Floor 6<br>Honolulu, HI 96815 |

**Fill in this information to identify your case:**

| Debtor 1 | Joe Koroush Khorasani | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Maria Anne Khorasani | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of OR

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

<u>Official Form **B** 6I</u>

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | Automobile Sales Manager | Fitness Instructor |
| **Employer's name** | M&N Dealerships IX LLC | Mt. Hood Community College |
| **Employer's address** | PO Box 68237 | 26000 SE Stark St, |
| | Number    Street | Number    Street |
| | Milwaukie, OR 97267 | Gresham, OR 97030 |
| | City        State    ZIP Code | City        State    ZIP Code |
| **How long employed there?** | 10 months | 5 yrs. |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 12,000.00 | $ 888.75 |
| 3. | Estimate and list monthly overtime pay. | 3. + $ 0.00 | + $ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 12,000.00 | $ 888.75 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7-7.813 - 32833-301X-***** - PDF-XChange 3.0

Debtor 1  Joe Koroush Khorasani
First Name    Middle Name    Last Name

Case number (if known)_____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................➔ | 4. | $ 12,000.00 | $ 888.75 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 3,625.00 | $ 196.50 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 23.25 |
| 5h. **Other deductions. Specify:** ; _____ | 5h. | + $ 0.00 | + $ 0.00 |

| | | | |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 3,625.00 | $ 219.75 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 8,375.00 | $ 669.00 |

8. **List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ____; _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income. Specify:** Bonuses; _____ | 8h. | + $ 2,000.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 2,000.00 | $ 0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 10,375.00  +  $ 669.00  = | $ 11,044.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives**.**

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.  $ 11,044.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

[X] No.

[ ] Yes. Explain: _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Joe Koroush Khorasani | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Maria Anne Khorasani | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of OR _____

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

**12/13**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

☐ No. Go to line 2.

☒ Yes. **Does Debtor 2 live in a separate household?**

☒ No

☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☒ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 17 | ☐ No ☒ Yes |
| Son | 11 | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☒ No

☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 4,375.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 32.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 50.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

Debtor 1 __Joe Koroush Khorasani_____     Case number *(if known)*_____
First Name        Middle Name        Last Name

|  | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 550.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 240.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 280.00 |
| | 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 500.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 1,400.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 175.00 |
| 10. | **Personal care products and services** | 10. | $ 100.00 |
| 11. | **Medical and dental expenses** | 11. | $ 75.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 150.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 150.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0.00 |
| | 15b. Health insurance | 15b. | $ 218.00 |
| | 15c. Vehicle insurance | 15c. | $ 0.00 |
| | 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify: Mitsubishi settlement payment _____ | 17c. | $ 1,500.00 |
| | 17d. Other. Specify:_____ _____ | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form B 6I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $ 0.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    Joe Koroush Khorasani _____    Case number (if known)_____
            First Name        Middle Name          Last Name

21.  **Other**. Specify: _Postage, school activities, misc._ _____    21.  **+**$ _____ 135.00

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.                          22.  $ _____ 9,930.00

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $ _____ 11,044.00

     23b.  Copy your monthly expenses from line 22 above.            23b.  **−** $ _____ 9,930.00

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income.*                 23c.  $ _____ 1,114.00

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     [X] No.
     [ ] Yes.    Explain here:

Joe Koroush Khorasani and Maria Anne Khorasani

In re _____    Case No. _____

**Debtor**    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____30_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __7/28/14_____    Signature: __/s/ Joe Koroush Khorasani_____

**Debtor**

Date __7/28/14_____    Signature: __/s/ Maria Anne Khorasani_____

**(Joint Debtor, if any)**

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,    Social Security No.
of Bankruptcy Petition Preparer    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

--------------------------------------------------------------------------------------------------------------------------
*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

In Re  Joe Koroush Khorasani and Maria Anne Khorasani                                    Case No. _____
                                                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

   This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

   Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

   *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

   *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

   **1.  Income from employment or operation of business**

None
☐

   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE | |
|---|---|---|---|
| 2014(db) | 84,000 | M&N Dealerships IX LLC | FY: 1/1/2014 to 6/30/2014 |
| 2013(db) | 84,923 | M&N Dealerships IX LLC | |
| 2012(db) | 470,000 | Auto Nation | |
| | | | |
| 2014(jdb) | 5,750 | Mt. Hood Community College | FY: 1/1/2014 to 6/30/2014 |
| 2013(jdb) | 11,000 | Mt. Hood Community College (CORRECT?) | |
| 2012(jdb) | 10,000 | Mt. Hood Community College (CORRECT?) | |

**2.   Income other than from employment or operation of business**

None

☐          State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2014  (db) | 0.00 | |
| 2013(db) | 0.00 | |
| 2014(jdb) | 0.00 | |
| 2013(jdb) | 0.00 | |

**3. Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Aria Property Management 6650 SW Redwood Lane, Suite 220 Portland, OR 97224 | Monthly | $4,375/month | $0 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

None

☒

    *c.  All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☒

    a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None

☐

    b.     Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ford Motor Credit Company LLC One American Road Dearborn, MI 48126 | 4/5/14, 5/5/14, 6/5/14, 7/5/14 | Employer garnished. Creditor received total of about $3,700. |

**5.  Repossessions, foreclosures and returns**

None

☒

    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and Receiverships**

None   a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒          the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any
            assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
            joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

None   b.      List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒          year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
            must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
            the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None          List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒          case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
            member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter
            12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed,
            unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**

None          List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒          commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or
            chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are
            separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS<br>WAS COVERED IN WHOLE OR IN PART BY<br>INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
|---|---|---|

**9.   Payments related to debt counseling or bankruptcy**

None
☐             List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| Stephen Boyke<br>Law Office of Stephen T. Boyke<br>1200 Jackson Tower<br>806 SW Broadway<br>Portland, OR 97205 | 8/5/2013 | $1,050.00 - Legal services |
| Stephen Boyke<br>Law Office of Stephen T. Boyke<br>1200 Jackson Tower<br>806 SW Broadway<br>Portland, OR 97205 | 4/18/2014 | $630.00 - Legal services |
| Stephen Boyke<br>Law Office of Stephen T. Boyke<br>1200 Jackson Tower<br>806 SW Broadway<br>Portland, OR 97205 | 5/15/2014 | $280 - Legal services |
| Stephen Boyke<br>Law Office of Stephen T. Boyke<br>1200 Jackson Tower<br>806 SW Broadway<br>Portland, OR 97205 | 6/9/2014 | $6,085.00 - Flat fee for bankruptcy<br>case |
| Cricket Debt Counseling<br>10121 SE Sunnyside Rd Ste 300<br>Clackamas, OR 97015 | 7/7/2014 | $36.00 - Credit counseling fee |

**10.   Other transfers**

None
             a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs
of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement
of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY<br>TRANSFERRED AND<br>VALUE RECEIVED |
|---|---|---|

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.-ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**14.  Property held for another person**

None

☒

List all property owned by another person that the debtor holds or controls.

NAME AND                              DESCRIPTION AND                        LOCATION OF PROPERTY
ADDRESS OF OWNER                      VALUE OF PROPERTY

---

**15.  Prior address of debtor**

None

☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                      NAME USED                                      DATES OF OCCUPANCY

---

**16.  Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None

☒

a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME                    NAME AND ADDRESS                    DATE OF                    ENVIRONMENTAL
AND ADDRESS                  OF GOVERNMENTAL UNIT                NOTICE                     LAW

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None

☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None

☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| BABOLI AUTO, LLC | xxx-xx-0109 | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Auto Sales | 4/ 2013 - 11/2013 |
| BABOLI INVESTMENTS, LLC | xxx-xx-0109 | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Intended to buy and sell real estate.  No business transacted. | 1/2011 - 3/2013 |
| JK AUTO HOLDINGS INC. | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Holding company for several auto dealerships | 6/2004 - 8/2010 |
| JK AUTO MANAGEMENT, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Automobile sales | 12/2004 - 2/2010 |
| JK AUTOMOTIVE, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Hyundai dealership in Hillsboro, OR | 11/2003 - 9/2010 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| JK BEAVERTON, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Mitsubishi dealership in Beaverton, OR. | 7/2008 - 9/2009 |
| JK GLADSTONE, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 970866 | Nissan dealership in Gladstone, OR. | 4/2004 - 7/2010 |
| JK GLADSTONE FORD, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Ford dealership in Gladstone, OR. | 6/2005 - 8/2009 |
| JK MILWAUKIE, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Mazda dealership in Milwaukie, OR. | 4/2004 - 5/2010 |
| JK MILWAUKIE HYUNDAI, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Hyundai dealership in Milwaukie, OR. | 10/2006 - 5/2010 |
| JK REAL ESTATE I, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Owned real estate for automobile dealership. | 2/2004 - 4/2010 |
| JK REAL ESTATE II, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Owned real estate for automobile dealership. | 2/2004 - 4/2010 |
| JK REAL ESTATE III, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 970866 | Owned real estate for automobile dealership. | 2/2004 - 4/2007 |
| JK REAL ESTATE IV, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Owned real estate for automobile dealership. | 6/2005 - 8/2009 |
| JK REAL ESTATE HOLDINGS, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Holding company | 6/2004 - 8/2010 |
| JK SUNRIVER, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Owned residential real estate in Sunriver, OR. | 7/2005 - 9/2009 |
| JK WHOLESALE, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 970866 | Wholsale sutomobile dealer. | 2/2009 - 4/2011 |
| PREMIER AIR MANAGEMENT, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Owned airplane. | 5/2006 - 7/2009 |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| PREMIER BUSINESS DEVELOPMENT, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Automobile sales. | 3/2010 - 5/2011 |
| PREMIER SPORTS ENTERPRISE, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Sports agency. | 4/2006 - 6/2007 |
| PREMIER SPORTS INTERNATIONAL, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Sports agency. | 4/2006 - 6/2009 |
| RMZ, LLC | Husband's SSN | c/o Joe Khorasani 10722 SE Jason Lane Happy Valley, OR 97086 | Lincoln Mercury, Misubishi, Suzuki dealership in Beaverton, OR. | 4/1991 - 6/2009 |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None
☐

a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED

Dan Powell                                                                  2007 to present
6720 Larson
West Linn, OR 97068

None   b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒      have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                    DATES SERVICES RENDERED

None   c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books
☐      of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

Dan Powell                              6720 Larson
                                        West Linn, OR 97068

None   d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐      financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                  DATE
                                                 ISSUED

Ford Motor Credit Company LLC                     2013
One American Road
Dearborn, MI 48126

**20. Inventories**

None   a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒      taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                          (Specify cost, market or other basis)

None   b.    List the name and address of the person having possession of the records of each of the two inventories
☒      reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF
                                                  INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None
☒

    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☒

    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

None
☒

    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☒

    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23.  Withdrawals from a partnership or distribution by a corporation**

None
☒

    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24.  Tax Consolidation Group**

None ☒

      If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25.  Pension Funds**

None ☒

      If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  7/28/14                    Signature of Debtor          /s/ Joe Koroush Khorasani

                                                                    JOE KOROUSH KHORASANI

Date  7/28/14                    Signature of Joint Debtor    /s/ Maria Anne Khorasani

                                                                    MARIA ANNE KHORASANI

_____0_____ continuation sheets attached

***Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571***

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***